IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:17-CR-307 |
| v. ) | |
| ) | 8 U.S.C. § 1326(a) |
| ADONAY ALEMAN-ALEMAN, ) | (Illegal Reentry After |
| ) | Deportation or Removal) |
| ) | |
| Defendant. ) | |

FILED IN OPEN COURT
DEC 20 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**SJW INDICTMENT**

December MN
~~September~~ 2017 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about November 29, 2017, in Fairfax County, within the Eastern District of Virginia, the defendant, ADONAY ALEMAN-ALEMAN, an alien, was found in the United States after having been removed and deported from the United States on or about February 20, 2007, from Harlingen, Texas, and on or about August 29, 2007, from Chandler, Arizona, and not having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____  _____
DATE                 FOREPERSON

Dana J. Boente
United States Attorney

By: _____
Sean J. Wright
Special Assistant United States Attorney

Uzo Asonye
Assistant United States Attorney